**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02356-WJM-KLM

MASTEC POWER CORPORATION,

    Plaintiff,

v.

GATEWAY COGENERATION I, LLC, and
POWER ENGINEERS INCORPORATED,

    Defendants.

---

**NOTICE OF PLAINTIFF'S CONSENT TO DEFENDANT'S MOTION TO EXTEND ITS TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

---

    Defendant, Gateway Cogeneration I, LLC ("Gateway"), by and through its undersigned counsel, hereby respectfully notifies the Court that Plaintiff, Mastec Power Corporation ("Plaintiff"), has informed Gateway's counsel of Plaintiff's consent to Gateway's requested extension of three business days' time to respond to Plaintiff's Motion for Preliminary Injunction provided that Gateway agrees it will not undertake any actions utilizing confidential or privileged information provided to it by Plaintiff to materially advance the Gateway Bradford Project during the three-business-day extension from August 26 to August 31.

    Gateway's counsel hereby respectfully further notifies the Court of Gateway's agreement to Plaintiff's above-noted condition and, accordingly, agrees to refrain from undertaking such activity for the prescribed period of time in the event that the Court grants the requested extension.

1

Dated this 25th day of August, 2020.

        Respectfully submitted,

        **HALL, ESTILL, HARDWICK, GABLE,**
        **GOLDEN & NELSON, P.C.**

        */s/ E. Job Seese*
        Alexander M. Hunter III (CBA #029789)
        Eric Job Seese (CBA #48379)
        Kendra Snyder (CBA #50166)
        1600 Stout Street, Suite 1100
        Denver, CO 80265
        jseese@hallestill.com
        Telephone: 720-512-5820
        Facsimile: 918-594-0505

        **ATTORNEYS FOR DEFENDANT,**
        **GATEWAY COGENERATION I, LLC**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

MASTEC POWER CORPORATION,

    Plaintiff,

v.

GATEWAY COGENERATION I, LLC, and
POWER ENGINEERS INCORPORATED,

    Defendants.

## CERTIFICATE OF SERVICE

    I hereby certify that on August 25, 2020, I electronically filed this NOTICE OF PLAINTIFF'S CONSENT TO GATEWAY COGENERATION I, LLC'S MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record for Plaintiff Mastec Power Corporation:

> Jared B. Briant
> Rachel L. Burkhart
> Faegre Drinker Biddle & Reath LLP
> 1144 15th Street, Suite 3400
> Denver, Colorado 80202

and, pursuant to D.C.COLO.LCivR 6.1(c), served a true and correct copy of the foregoing via certified mail and email to:

> Gateway Cogeneration I, LLC
> c/o Jack White, CEO
> 6219 Squires Court
> Spring, TX 77389
> jwhite@gc1llc.com

Power Engineers Incorporated
c/o Gordon Rees Scully Mansukhani
attn.: Colleen Kwiatkowski and Thomas Quinn
555 Seventeenth Street, Suite 3400
Denver, CO 80202
ckwiatowski@grsm.com
tquinn@grsm.com

            */s/ Katarzyna A. Parecki*
            Katarzyna A. Parecki

4