IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02356-WJM-KLM

MASTEC POWER CORPORATION,

    Plaintiffs,

v.

GATEWAY COGENERATION I, LLC, and
POWER ENGINEERS, INCORPORATED,

    Defendant.

### DEFENDANT GATEWAY COGENERATION I, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, Defendant Gateway Cogeneration I, LLC hereby states that it is a privately-held limited liability company owned solely by its members, none of which is a publicly-held company.

Respectfully submitted this 31st day of August, 2020.

    *s/ Eric J. Seese*
    Alexander M. Hunter III
    Eric J. Seese
    Kendra A. Snyder
    Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
    1600 Stout St., Ste. 1100
    Denver, Colorado 80202
    Phone: (720) 512-5820
    khunter@hallestill.com
    jseese@hallestill.com
    ksnyder@hallestill.com

    **ATTORNEYS FOR DEFENDANT GATEWAY COGENERATION I, LLC**

## CERTIFICATE OF SERVICE (CM/ECF)

  I hereby certify that on this 31st day of August, 2020, I electronically filed the foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to the following:

Jared B. Briant, Esq.
Rachel L. Burkhart. Esq.
Faegre Drinker Biddle & Reath LLP
1144 15th Street, Suite 3400
Denver, CO 80202
jared.briant@faegredrinker.com
rachel.burkhart@faegredrinker.com

Thomas B. Quinn
Colleen M. Kwiatkowski
Gordon Rees Scully Mansukhani, LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
tquinn@grsm.com
ckwiatkowski@grsm.com

              */s/ Katarzyna A. Parecki*
              Katarzyna A. Parecki